# EXHIBIT A

NATE ODLE
SECRETARY OF STATE
302 W WASHINGTON ST RM E018
INDIANAPOLIS, IN  46204-2700



9214 8901 0661 5400 0166 1403 01

**RETURN RECEIPT (ELECTRONIC)**

**49D042108CT027441-60068**

WINNERS TRANSPORTATION, LLC
STE 206
521 S. LA GRANGE ROAD
**LA GRANGE, IL  60525**

CUT / FOLD HERE

Zone 2

6"x9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

Filed: 8/24/2021 12:18 PM
Clerk
Marion County, Indiana

# SUMMONS

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-2108-CT-027441 |

ESTATE OF BRENDEN HARPER, deceased )
)
               Plaintiff, )
)
v. )
)
DURAN-ENRIQUEZ LUIS RAIMUNDO and )
WINNERS TRANSPORTATION, LLC, )
)
               Defendants )

        To:       Winners Transportation, LLC
                    521 S. La Grange Road, Ste 206
                    La Grange, IL 60525
                    c/o Indiana Secretary of State per IC§34-33-3-1
                    Statehouse 201
                    Indianapolis Indiana 46204

       You are hereby notified that you have been sued by the person(s) named "Plaintiff" and in the Court stated above.
       The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.
       An answer or other appropriate response in writing must be filed in Court either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a Judgment by default may be rendered against you for the relief demanded by Plaintiff. Your written answer must comply with and be in the form prescribed by the Indiana Rules of Civil Procedure and the rules of the trial Court.
       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated 8/24/2021

                                                    Myla A. Eldridge
                                                    Clerk, Marion County

**(The Following manner of service of summons is hereby designated):**

__XXX__   Through Certified Mail to the Indiana Secretary of State on Defendant
              __PLEASE SEE ABOVE__

| | |
| --- | --- |
| Marc W. Matheny, Esq. #9883-49 | Marion Circuit/Superior Courts |
| Attorney at Law (#9849-49) | 200 E. Washington Street, Suite |
| 244 North College Avenue | Indianapolis, IN 46204 |
| Indianapolis, IN 46202 | (317) 237-4740 |
| (317) 639-3315 | |



## SHERIFF'S RETURN OF SERVICE OF SUMMONS

    I hereby certify that I have served this summons on _____:
(1) By delivering a copy of the Summons and a copy of the complaint to the Defendant, _____.
    (2) By leaving a copy of the Summons and a copy of the Complaint at _____, which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.
    (3) Other Service or Remarks:
Dated: _____

Sheriff's Costs: _____     _____
                                                            Sheriff of _____ County
                                                             By:

## CLERK'S CERTIFICATE OF MAILING

    I hereby certify that on_____, I mailed a copy of this Summons and a copy of the complaint to the Defendant,_____, by _____mail, requesting a return receipt, at the address furnished by the Plaintiff.


                                                        Clerk, Marion County

Dated_____.          By:
                                  Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

    I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____ was accepted by the Defendant on the .
    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on _____.
    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____ was accepted by on behalf of the Defendant on _____.


                                                        Clerk, Marion County

Dated_____.          By:
                                  Deputy

Case 1:22-cv-00786-SEB-MPB   Document 1-1   Filed 04/21/22   Page 5 of 8 PageID #: 10

49D04-2108-CT-027441

Marion Superior Court 4

Filed: 8/16/2021 2:21 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

THE ESTATE OF: )
BRENDEN HARPER, DECEASED )
    PLAINTIFF )
)
VS. )
)
DURAN-ENRIQUEZ LUIS RAIMUNDO, )
    AND, )
WINNERS TRANSPORTATION, LLC. )
    DEFENDANTS )

## VERIFIED COMPLAINT FOR WRONGFUL DEATH

Plaintiff, The Estate of Brenden Harper, Heather Harper, Special Administrator, being first duly sworn, and by counsel, and for its cause of action against the Defendant, Duran-Enriquez Luis Raimundo, and Winner's Transportation, L.L.C., alleges and says:

### COUNT I

1. Plaintiff, Brenden Harper was an adult male, who at all times herein resided in Marion County, Indiana.

2. Upon information and belief, Duran-Enriquez Luis Raimundo is an individual who at the time of the events described herein was residing in Miami, Florida.

3. On or about February 25, 2021, Brendan Harper was a passenger in a vehicle, which was traveling on I-465 at W Mile Marker 27.09, located in Indianapolis, Marion County, Indiana.

4. That then and there at the aforementioned interstate highway, the Defendant Duran-Enriquez Luis Raimundo negligently, carelessly, recklessly and without regard for the safety of

others, negligently parked his semi-truck on the shoulder of I-465 at night, leaving the vehicle for a long period of time illegally parked in violation of Indiana Code IC § 9-21-16-1 et seq. and e-CFR§399.22, as well as disregarding safety of others, and causing an road hazzard, and blocking access to vehicles traveling along the highway.

5. That Duran-Enriquez Luis Raimundo's acts were grossly negligent, careless and with reckless disregard for the safety of Brenden Harper.

6. That as a direct and proximate result of Duran-Enriquez Luis Raimundo's said act, Brenden Harper was killed. Further, that Brendan Harper's life was shortened by many decades from his life expectancy.

7. That Brenden Harper, Deceased is represented by his estate.

8. That the Estate of Brenden Harper incurred his final medical bills which were reasonable and were necessarily incurred as a result of said accident in a failed attempt to keep the decedent alive, but which failed to save Brenden Harper's life.

9. As a direct and proximate result of the conduct of Duran-Enriquez Luis Raimundo, the Estate of Brenden Harper was forced to incur the expenses of burial and / or cremation of Brenden Harper as a result of his death due to Duran-Enriquez Luis Raimundo's acts.

10. In addition, The Estate of Brenden Harper has incurred the costs of Administration of the Estate as well as reasonable attorney fees.

WHEREFORE, Plaintiff, The Estate of Brenden Harper, by counsel, prays that judgment be entered against Defendant, in an amount commensurate with its damages, that the Estate be awarded pre-judgment interest on all amounts found to be owing, that it be awarded reasonable attorneys fees, for costs, and for all other proper relief.

Respectfully Submitted,

*/s/ Marc Matheny*
Marc W. Matheny (#9849-49)
Attorney at Law

## COUNT II

Plaintiff, The Estate of Brenden Harper, by counsel, and for this cause of action against the Defendant, Duran-Enriquez Luis Raimundo, alleges and says:

11. That the Plaintiff restates the allegations in rhetorical paragraphs one (1) through ten (10) of this Complaint for damages.

12. That on the date and time of the crash that killed Brendan Harper, the Defendant, Duran-Enriquez Luis Raimundo was working in the course and scope of his employment as a truck driver with Winners Transportation, LLC.

WHEREFORE, Plaintiff, The Estate of Brenden Harper, by counsel, prays that judgment be entered against Defendant, in an amount commensurate with its damages, that the Estate be awarded pre-judgment interest on all amounts found to be owing, that the Estate be awarded its reasonable costs of administration and attorneys fees, for costs, and for all other proper relief.

Respectfully Submitted,

*/s/ Marc W. Matheny*
Marc W. Matheny (#9849-49)
Attorney at Law
244 North College Avenue
Indianapolis, IN 46202
(317) 639-3315

## Affirmation

I affirm under the penalties of perjury that the foregoing is true and accurate to best of my information and belief.

Done this date: August 16, 2021

_____
The Estate of Brenden Harper by:
Heather Harper, Special Administrator


Marc W. Matheny (#9849-49)
Attorney at Law
244 North College Avenue
Indianapolis, IN  46202
(317) 639-3315
mmatheny@ameritech.net
mmatheny@oblawindy.com